UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | ) CR-07-11-B-W |
| | ) |
| CLEMENT ALLARD and | ) |
| JOSEPH MARCO CORBIN, | ) |
| | ) |
| Defendants. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision filed August 17, 2007, the Recommended Decision is accepted.

1. It is therefore ORDERED that Defendants Allard and Corbin's Motions to Suppress (Docket Nos. 74 and 77) be and hereby are DENIED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 5th day of September, 2007